284

DONNA KAY OLIVER, Plaintiff-Appellee, *v.* RICHARD EUGENE OLIVER, Defendant-Appellant.

(No. 74-175;

Fifth District—March 27, 1975.

Opinion by Mr. JUSTICE KARNS.

Lou Ann Dorothy, of Dorothy & Dorothy, of Mount Vernon, for appellant.

Howard W. Campbell and Terry R. Black, both of Craig & Craig, of Mount Vernon, for appellee.